ANDREW S. MACKAY, #197074
amackay@donahue.com
DANIEL J. SCHACHT, #259717
dschacht@donahue.com
JONATHAN MCNEIL WONG, #112224
jmwong@donahue.com
DANIEL H. SENTER, #271626
dsenter@donahue.com
KATHERINE M. HALL, #312681
khall@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street 25th Floor
Oakland, California 94612-3520
Telephone:   (510) 451-3300
Facsimile:    (510) 451-1527

Attorneys for Plaintiff
GUANGZHOU MEDIA AMERICAN CO.
LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GUANGZHOU MEDIA AMERICAN CO. LTD., a California corporation, d/b/a SKY LINK TV USA,<br><br>Plaintiff,<br><br>v.<br><br>ITALK GLOBAL COMMUNICATIONS, INC., a Texas corporation d/b/a ITALKBB; ITALKTV HONG KONG LIMITED, a Hong Kong corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>1. Direct Copyright Infringement;<br>2. Contributory Copyright Infringement;<br>3. Vicarious Copyright Infringement;<br>4. Unauthorized Reception and Use of Communications;<br>5. Unauthorized Connection and Use of Communications;<br>6. False Designation of Origin and Common Law Trademark Infringement;<br>7. Unfair Competition<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Guangzhou Media American Co. Ltd. hereby complains and alleges against defendants iTalk Global Communications, Inc.; iTalkTV Hong Kong Limited; and DOES 1 through 100, inclusive (together the "**Does**", and together with iTalkBB and iTalkTV HK, "**Defendants**") as follows:

<u>**Parties**</u>

1.      Guangzhou Media American Co. Ltd., doing business as Sky Link TV ("**Plaintiff**" or "**Sky Link TV**"), is (i) a California corporation with its principal place of business at 500 W Montebello Blvd, Rosemead, California 91770; (ii) the wholly owned United States subsidiary of Guangzhou Broadcasting Network ("**GZBN**"), a corporation organized and existing under the laws of China, with its principal place of business in Guangzhou, China; and (iii) the exclusive licensee of GZBN's audiovisual programming, trademarks, copyrights, and other related intellectual property rights in the United States.

2.      Sky Link TV has two sublicensees in the United States, which are also subsidiaries of Sky Link TV: (i) Global Communication Group Inc. ("**GCG**"), a California corporation that operates as Sky Link TV Los Angeles; and (ii) Sky Media Corp. ("**SMC**"), a California corporation that operates as Sky Link TV San Francisco.

3.      Sky Link TV is informed and believes, and on that basis alleges, that iTalk Global Communications, Inc., dba iTalkBB ("**iTalkBB**") is a Texas corporation, with its principal place of business in Austin, Texas, offices in California, including in this district, and doing business using the Internet and interstate mail.

4.      Sky Link TV is informed and believes, and on that basis alleges that iTalkTV HK Limited ("**iTalkTV HK**") is a corporation organized and existing under the laws of Hong Kong, with its principal place of business in Hong Kong, China.

5.     On information and belief DOES 1 to 25 include iTalkBB and iTalkTV HK CEOs, presidents, COOs, and other similarly positioned executives and managers who are personally liable for the copyright infringement alleged herein on account of their direct financial interest in the infringing activity, right and ability to supervise the direct infringers, knowledge of the infringement, and/or inducement and/or material contribution to the infringing activity (the "**iTalk Executive Defendants**"). Sky Link TV will seek leave of Court to amend the Complaint to add the true names and capacities of the iTalk Executive Defendants and to allege the exact nature of their wrongful conduct when such information has been ascertained

6.     On information and belief, various persons and entities, named herein as DOES 26 through 100, whose names are presently unknown to Sky Link TV, and which may include persons also named as iTalk Executive Defendants, participated in and are liable for the wrongful acts set forth herein (the "**Remaining Doe Defendants**"). Sky Link TV will seek leave of Court to amend the Complaint to add the true names and capacities of such persons and entities as Defendants and to allege the exact nature of their wrongful conduct when such information has been ascertained.

7.     Upon information and belief, each of the Defendants is the agent, representative and/or alter ego of the other Defendants.

## JURISDICTION

8.     The first, second, and third claims for relief are for violation of the copyright laws of the United States, 17 U.S.C. § 101, *et seq.* (the "**Copyright Act**"). This Court has subject matter jurisdiction over Sky Link TV's claims pursuant to 17 U.S.C. § 501, *et seq.* (copyright), 28 U.S.C. § 1331 (federal subject matter jurisdiction), and 28 U.S.C. § 1338(a) (copyright actions).

9.     The fourth claim for relief is for violation of the telecommunications laws of the United States, 47 U.S.C. §§ 605 *et seq.*, and 553 *et seq.* under the

-2-

Federal Communications Act of 1934 ( the "**FCA**"). This Court has subject matter jurisdiction over Sky Link TV's claims under 28 U.S.C. § 1331 and 47 U.S.C. §§ 605(e)(3)(A) and 553(c).

10.    The sixth and seventh claims for relief are for violation of the trademark laws of the United States, 15 U.S.C. § 1051 *et seq.* (the "**Lanham Act**"), and common law trademark infringement, joined with claims for unfair competition under California state law and common law. The Court has subject matter jurisdiction over Sky Link TV's claims pursuant to 15 U.S.C. § 1125(a) (false designation of origin, false advertising, and unfair competition), 28 U.S.C. § 1331 (federal subject matter jurisdiction), and 28 U.S.C. § 1338(a) (trademark actions) and (b) (unfair competition joined with a substantial and related trademark claim).

11.    This Court also has supplemental jurisdiction over the remainder of Sky Link TV's claims for relief under 28 U.S.C. § 1367(a). These claims are so related to the other claims in the case over which this Court has original jurisdiction that they form a part of the same case or controversy under Article III of the United State Constitution.

12.    Sky Link TV is informed and believes and thereon alleges that Defendants knew, or reasonably should have known, that Sky Link TV: (a) is located in California, and that Defendants directed and aimed their unauthorized activities at Sky Link TV which is located in the Central District of California; and (b) would likely suffer the brunt of the harm caused by Defendants in California at Sky Link TV's principal place of business. Defendants' activities complained of herein caused Sky Link TV to bear the brunt of the harm in California at its principal place of business in Rosemead, California within this District.

## **VENUE**

13.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) because Defendants solicit and do business in the Central District and Defendants' unlawful activities, including, but not limited to copyright

1   infringement, as alleged herein, were committed in, or had a substantial impact in
2   this District where Sky Link TV resides and does business.

3        14.   This case is properly filed in the Western Division, as a substantial part
4   of events giving rise to this case occurred in the Western Division.

5   **GENERAL ALLEGATIONS**

6   **Introduction**

7        15.   Sky Link TV is a pioneer in Chinese language television in the United
8   States. Sky Link TV began in 1989 as "North America Television" in Los Angeles,
9   offering audiovisual television programming exclusively in Mandarin. In 2001, it
10  began providing its U.S. audience with audiovisual programming from China,
11  Hong Kong, Taiwan and Korean in both Mandarin and Cantonese. With the launch
12  of a second over-the-air channel in 2012, Sky Link TV became the first U.S.
13  television station to broadcast around-the-clock (24 hours a day, 7 days a week) in
14  both Mandarin and Cantonese. In 2015, Sky Link TV expanded its coverage to
15  Northern California, launching a third over-the-air station in San Francisco, which
16  reaches all major San Francisco Bay Area cities. Sky Link TV is one of the most
17  popular Chinese television stations in California and has the widest coverage of any
18  such station in the state. Sky Link TV's programming includes news, dramas,
19  sports, movies, talk shows, and educational features.

20       16.   Sky Link TV's television programming is broadcast to viewers via
21  over-the-air antenna, satellite, cable, Internet (including YouTube and Facebook
22  Live), and subscription-based transmission services. It also reaches viewers across
23  the United States through IPTV platforms and other Internet media broadcasts.

24       17.   In May 2015, iTalkBB first approached Sky Link TV about carrying
25  Sky Link TV's original local broadcast programming on iTalkBB's IPTV service,
26  as described below. There was no discussion regarding GZBN's international
27  programming and no agreement was made at that time. iTalkBB approached Sky
28  Link TV again in November 2016 and in January 2017 seeking to license only Sky

Link TV's original local broadcast programming. On both occasions Sky Link TV immediately and categorically refused to grant iTalkBB any license to its content.

18.    Undeterred by Sky Link TV's refusals, Defendants proceeded with an illegal scheme to copy and redistribute all or nearly all of Sky Link TV's programming, as described below. Defendants have engaged in copyright infringement of Sky Link TV's television programming on a massive scale. Defendants have stolen thousands of hours of Sky Link TV's copyrighted programming, edited and repackaged it by splicing in their own commercials, and then passed it off to iTalkBB's paid subscribers as authorized content. iTalkBB has gone so far as to claim, falsely, in radio, internet, and television advertisements that it is an authorized provider of Sky Link TV programming.

## Sky Link TV's Copyrights and Trademarks

19.    Most of the Sky Link TV programming at issue in this litigation falls into two categories: (i) television (audiovisual) programs produced and owned by Sky Link TV ("**Sky Link TV Shows**") and (ii) television programs authored by and licensed from GZBN, for which Sky Link TV is the exclusive licensee in the United States ("**GZBN Shows**" and, together with the Sky Link TV Shows, the "**Sky Link Programs**"). For purposes of the Copyright Act claims, each of these two categories can be further divided into those for which a copyright has been registered with the U.S. Copyright Office, and those for which none has been registered.

20.    The Sky Link TV Shows are wholly original to Sky Link TV and contain copyrightable subject matter under the laws of the United States. Sky Link TV has registered, or has submitted copyright registration applications for thirteen (13) works (the "**Sky Link TV Registered Shows**"):

(a)    *In Search of the Truth* (5 episodes, original air date: 12/17/2016 – 12/18/2016, and 2/4/2017 – 2/6/2017) - registration pending;

(b)    *Chit Chat Skylink* (3 episodes, original air dates: 3/11/2017, 3/18/17, and 3/25/17) – registration pending;

(c)    *LA Voice* (1 general entertainment special, original air date: 2/5/2017) - registration pending; and

(d)    *Sky Talk* (4 episodes, original air date: 12/17/2016, 2/4/2017, 3/11/2017, and 3/18/2017) - registration pending.

21.    Sky Link TV Shows that Defendants copied, but which are not registered with the Copyright Office, include television programs such as, *In Search of the Truth, Chit Chat Skylink,* and *Sky Talk* (the "**Sky Link TV Unregistered Shows**").

22.    At all times material hereto, GZBN produced television programming consisting of news, episodic television programs, movies and other general entertainment programming originally broadcast in China. GZBN's programs are wholly original with GZBN, contain copyrightable subject matter under the laws of the United States, and were first published with requisite notice in China.

23.    Pursuant to a license agreement (the "**GZBN License Agreement**") between Sky Link TV and GZBN, Sky Link TV has the sole and exclusive right to import, reproduce, distribute, publicly perform, broadcast, and enforce rights to the GZBN Shows, and is authorized to enforce the copyrights, trademarks and all other rights in and to the GZBN Shows in the United States.

24.    GZBN has registered with, or has submitted copyright registration applications to, the U.S. Copyright Office for four hundred and forty-four (444) of the GZBN Shows (the "**GZBN Registered Shows**"), including:

(a)    *News Eyes* (146 episodes, original air date: 9/3/2016 – 1/31/2017) – registration pending;

(b)    *News Today* (144 episodes, original air date: 9/3/2016 – 1/28/2017) – registration pending;

1         (c)     *Nightly Entertainment* (149 episodes, original air date: 9/3/2016

2 – 1/31/2017) – registration pending;

3         (d)     *Auto Journal* (2 episodes, original air dates: 12/17/2016 and

4 12/18/2016) – registration pending;

5         (e)     *Sports News* (3 episodes, original air date: 2/4/2017 – 2/6/2017)

6 - registration pending.

7     25.     A full list of GZBN Registered Shows and Sky Link TV Registered

8 Shows (together, the "**Registered Shows**"), as of the date of filing, is attached

9 hereto as **Exhibit A**.

10     26.     GZBN Shows are foreign works, first authored and published in

11 China. Therefore, copyright registration in the United States is not required prior to

12 filing a lawsuit for copyright infringement pursuant to Section 411(a) of the

13 Copyright Act. Those GZBN programs not registered with the Copyright Office

14 include hit programming such as *Nightly Entertainment, News Today, News Eyes,*

15 *Auto Journal, and Sports News* (the "**GZBN Unregistered Shows**")

16     27.     Sky Link TV owns common law trademark rights to "SKY LINK TV

17 USA," and the logo marks identified below (the "**Sky Link TV Marks**"):

18

19

20  

21

22

23     28.     GZBN owns the mark "GZBN" and the logo mark identified below

24 (the "**GZBN Marks**"):

25

26

27

28



29.     The GZBN License Agreement also grants Sky Link TV an exclusive sub-licensable license to use the GZBN Marks in the United States as well as in conjunction with the GZBN Shows.

30.     Sky Link TV has continuously used the Sky Link TV Marks and the GZBN Marks (collectively, the "**Sky Link Marks**") since at least September 2012 until the present, and at all times relevant to the claims herein. The Sky Link Marks appear on Sky Link TV Shows, GZBN Shows, and television programs licensed to Sky Link TV by other third parties.

31.     Sky Link TV has never authorized Defendants to: (a) copy, reproduce, distribute, publicly perform, broadcast, otherwise exploit the Sky Link Programs, or (b) use any of the Sky Link Marks in any way.

**<u>Defendants' Technology and Services</u>**

32.     Defendant iTalkBB provides Internet-streamed Chinese and Korean television programming via Internet Protocol television ("IPTV") pursuant to a license agreement with iTalkTV HK.

33.     According to iTalkBB's website, iTalkBB is the Exclusive Authorized Sales Agent of iTalkTV HK's IPTV services in North America, and pursuant to the license agreement between the parties, iTalkBB provides iTalkTV HK's IPTV services in the United States under the brand name "**iTalkBB Chinese TV**".[1]

---

[1] *Available                                                                                     at:* http://www.italkbb.com/us/en/contact/others/terms_TV.html#Authorized (last accessed April 28, 2017.)

34.    On information and belief, iTalkTV HK is also responsible for all intellectual property rights and obligations in connection with iTalkBB Chinese TV pursuant to the Terms and Conditions of the iTalkBB Chinese TV service agreement, posted online at http://www.italkbb.com/us/en/contact/others/terms_TV.html.

35.    According to iTalkBB's website, Defendants launched their IPTV service on or about 2012.[2] Defendants state that iTalkBB has since become the number one Internet telecom provider to global Chinese and Korean consumers, with more than 30 retail stores and 1.2 million users worldwide, including one in five Chinese immigrants in North America.[3]

36.    Defendants sell monthly and annual subscriptions to view iTalkBB Chinese TV via Internet-connected equipment (the "**iTalkBB Set-Top Box**") which is provided by Defendants. The current subscription fees Defendants charge to access iTalkBB Chinese TV via an iTalkBB Set-Top Box in the United States are: (i) $4.99/month for a TV and Phone bundled package; (ii) $14.99/month for iTalkBB Chinese TV only; and (iii) $49.99/year to add iTalkBB Chinese TV to an existing iTalkBB telephone plan.[4]

37.    On information and belief, Defendants engage the services of certain employees, entities, and/or other third party defendants (the "**Content Editing Team**") to search for, obtain, and edit third-party audiovisual programming, including the Sky Link Programs, for the purpose of re-distributing such content on

---

[2]    *Available at*:    http://www.italkbb.com/us/en/contact/about/productservice.html (last accessed March 15, 2017).
[3] *Available at*: http://www.italkbb.com/us/en/contact/about/summary/summary.html (last accessed April 28, 2017).
[4]    *Available at*:    http://www.italkbb.com/us/en/plan/tv/tvprice.html    (last accessed April 28, 2017). In addition to IPTV services, iTalkBB provides international Internet telephone services ("**iTalkBB Internet Telephone**").

iTalkBB Chinese TV.[5]

38.    Through an iTalkBB subscription, and a corresponding connection via an iTalkBB Set-Top Box, Defendants' subscribers may access iTalkBB Chinese TV audiovisual programming via: (i) an on-demand menu, which allows access to unlimited streaming of various television shows and movies; and (ii) at least sixty (60) live television channels.[6]

39.    Defendants publicly and wrongly claim to have acquired the necessary rights and permissions from third-party content owners, including Sky Link TV, to broadcast and/or rebroadcast the audiovisual programming available on iTalkBB Chinese TV. iTalkBB's website and advertising claims include: (i) "Authorized Content: iTalkBB has established partnerships with many Chinese TV broadcasting companies from Mainland China, Hong Kong, Taiwan, and overseas. More content means a better viewing experience."[7]; (ii) "All content from iTalkBB Chinese TV is licensed from their respective owners" (as shown below)[8]; (iii) "Popular channels from China, Taiwan, and Hong Kong with Legally Authorized High Definition Picture Quality"[9]; and (iv) that all iTalkBB channels have legal contracts with TV stations and all the necessary rights to avoid iTalkBB being shut down.

---

[5] *Available at:* http://www.italkbb.com/us/en/contact/about/summary/summary.html (last accessed April 28, 2017).
[6]   *Available at:*   http://www.italkbb.com/us/en/plan/tvguides/tvguides.html   (last accessed April 28, 2017).
[7]   *Available   on   the   "How   it   works"   menu   located   at:* http://www.italkbb.com/us/en/plan/tv/tvworks.html (last accessed April 28, 2017).
[8]   *Available at:* http://www.italkbb.com/us/en/plan/tv/tvworks.html (last accessed April 28, 2017).
[9]   *Available at:*   http://www.italkbb.com/us/en/contact/about/productservice.html (last accessed March 15, 2017.)

**Authorized Content**

All content from iTalkBB Chinese TV is licensed from
their respective owners. Quality assurance and
worry-free support are standard.

Learn more

### <u>Nature Of Defendants' Unlawful Conduct</u>

40.     When iTalkBB first approached Sky Link TV in May 2015 about carrying Sky Link TV's original local broadcast programming, there was no discussion regarding GZBN's international programming and no agreement was made to authorize iTalkBB to exploit any Sky Link TV or GZBN programming. In May 2016, to Sky Link TV's great surprise, an iTalkBB radio commercial played in San Francisco, California advertising the availability of the popular GZBN program *Nightly Entertainment* on iTalkBB's IPTV service. Sky Link TV was then distressed to discover that several GZBN programs were available on demand on iTalkBB Chinese TV. Neither Sky Link TV nor its parent GZBN authorized iTalkBB to advertise, broadcast or otherwise exploit any GZBN programming in this way. Wishing to also make Sky Link TV's successful Mandarin and Cantonese programming available on iTalkBB Chinese TV, iTalkBB approached Sky Link TV again in November 2016 to license only Sky Link TV's original local broadcast programming. Sky Link TV immediately and categorically refused to grant iTalkBB any license to its content. Much to Sky Link TV's shock, in December 2016 iTalkBB Chinese TV introduced a channel named the "Sky Link TV Cantonese Channel (Testing)", as described below, which broadcast Sky Link TV's original local programming. Again in January 2017, to Sky Link TV's frustration,

-11-

iTalkBB approached Sky Link TV seeking to license only Sky Link TV's original local broadcast programming. As they had done before, Sky Link TV immediately and categorically refused to grant iTalkBB any license to its content.

41.    Despite Sky Link TV's unambiguous refusals, Defendants provided, and continue to provide, iTalkBB Chinese TV subscribers continuous and unauthorized access to Sky Link Programs via the iTalkBB Set-Top Box. Unauthorized Sky Link Programs are available on both the iTalkBB on-demand menu and via a separate dedicated channel named "Sky Link TV Cantonese Channel (Testing)" (the "**iTalkBB Sky Link Test Channel**") which is accessible from the selection of live channels available to iTalkBB subscribers. The iTalkBB Sky Link Test Channel is a 72-hour automatic digital video recording service (the "**72 Hour Playback DVR**") which hosts unauthorized recordings of Sky Link Programs that have previously aired live on Sky Link TV's authorized channels.[10] Unauthorized Sky Link Programs are continually uploaded to the 72 Hour Playback DVR within hours or days of the original broadcast and the unauthorized Sky Link Programs remain available to iTalkBB subscribers for recurring 72 hour periods. Below is an image of the 72 Hour Playback DVR menu, and the Sky Link programs available thereon, as of March 28, 2017:

---

[10]    *Available    at:*    http://www.italkbb.com/us/en/support/tv/tvfunction.html    (last accessed on April 28, 2017).

42.    The extent of Defendants' copyright infringement is massive. Four hundred fifty-seven (457) Registered Shows and hundreds of individual episodes of the Sky Link TV Unregistered Shows and GZBN Unregistered Shows were and/or continue to be accessible by iTalkBB subscribers via the iTalkBB Set-Top Box on-demand menu and/or the 72-Hour Playback DVR associated with the iTalkBB Sky Link Test Channel. The number of Sky Link TV Shows and GZBN Shows accessible via the iTalkBB Set-Top Box without authorization continues to increase daily as iTalkBB continues its massive infringement of every new episode of Sky Link TV's programming content.

43.    Defendants advertise and have advertised, without authorization, the availability of Sky Link Programs on iTalkBB Chinese TV, including:

(a)    Radio advertisements touting the availability of Sky Link Programs on iTalkBB Chinese TV;

(b)    The use of Sky Link TV Marks on the iTalkBB website to advertise Sky Link TV as one of Defendants' most popular live channels, as shown

-13-

in the below excerpt from iTalkBB's website which includes Sky Link TV's logo at the bottom right:[11]



... (Image continued below.)

_____

[11] *Available   at:*  http://www.italkbb.com/us/en/plan/tvguides/tvguides.html  (last accessed April 28, 2017).



(c)    Naming a channel on iTalkBB Chinese TV the "Sky Link TV Cantonese Channel (Testing)" (i.e., the "iTalkBB Sky Link Test Channel") on which Sky Link Programs are available to iTalkBB subscribers; and

(d)    Using Sky Link Marks within individual episodes of Sky Link Programs broadcast on iTalkBB Chinese TV. For example, below is a screen capture of the Registered Show, *LA Voice*, playing on iTalkBB Chinese TV, which features two Sky Link TV Marks in the upper and lower right-hand corners of the screen:

1
2
3
4
5
6
7
8
9
10
11
12



13    44.    Sky Link TV has never authorized Defendants, by license or otherwise,

14  to import, manufacture, reproduce, distribute, publicly perform, display, rent, sell,

15  transmit, broadcast or otherwise exploit the Sky Link Programs and/or the Sky Link

16  Marks. Sky Link TV has never received carriage or other transmissions fees,

17  licensing fees, royalties, or any other such compensation of any kind from iTalkBB

18  for exploitation of the Sky Link Programs or Sky Link Marks.

19    45.    Upon learning of Defendants' infringement of the Sky Link Programs,

20  Sky Link TV hired a California-based investigator (the "**Investigator**") to subscribe

21  to Defendants' IPTV service, order an iTalkBB Set-Top Box, and use it to access

22  iTalkBB Chinese TV. After subscribing and placing the order, the Investigator

23  received an iTalkBB Set-Top Box shipped from "ITALKBB GLOBAL," 7926

24  Jones Branch Drive, Ste 170, McLean, Virginia 22102 and connected it to the

25  Internet as directed by the accompanying instructions. Below are images of the

26  iTalkBB Set-Top Box received by the Investigator:

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19
20
21
22
23



24    46.    As part of the investigation into the nature and extent of the

25    infringement, the Investigator recorded dozens of unauthorized Sky Link TV and

26    GZBN Shows.

27
28

47.    Upon information and belief, without Sky Link TV's authorization, Defendants and/or their agents have:

(a)    Reproduced thousands of Sky Link TV and GZBN Shows by creating copies of the programs, often within hours or days of the date the Sky Link Programs were first broadcast by Sky Link TV;

(b)    Publicly performed the Sky Link Programs;

(c)    Distributed the Sky Link Programs by uploading and/or contributing the Sky Link Programs to iTalkBB Chinese TV within hours or days of the date the Sky Link Programs were first broadcast by Sky Link TV;

(d)    Used, distributed, transmitted, and/or broadcast the Sky Link Programs for Defendants' own financial benefit to Defendants' subscribers who are not entitled to receive the programming;

(e)    Used various websites, mail, radio, and interstate commerce to advertise, sell, and distribute the Sky Link Programs without authorization to consumers throughout the United States, including in this district;

(f)    Used in commerce the Sky Link Marks; and

(g)    Created among the general public a likelihood of and/or actual confusion, mistake, and/or deception as to Defendants' supposed, (but non-existent) affiliation, connection and/or association with Sky Link TV and/or the purported (but also non-existent) origin, sponsorship, and/or approval by Sky Link TV of Defendants' distributed goods and services.

48.    Upon information and belief, Defendants had actual notice of Sky Link TV's copyright and trademark rights since no later than May 2015, when Defendants contacted Sky Link TV to seek permission to use and exploit the Sky Link Programs, and which permission was never granted. Despite Defendants' knowledge that Defendants lacks any rights in and to any Sky Link Programs or Sky Link Marks, Defendants continue to reproduce, distribute, publicly perform, advertise, sell, and otherwise exploit the Sky Link Programs and Sky Link Marks,

1    thereby violating Sky Link TV's copyrights and trademarks.

2          49.    Upon information and belief, Defendants have willfully and
3    maliciously engaged in the acts and omissions alleged herein without regard to Sky
4    Link TV's proprietary rights.

5          50.    Sky Link TV has never authorized any Defendant to use any of its
6    programming.

7          51.    Defendants' widespread unauthorized reproduction, use, public
8    performance, and distribution of Sky Link TV's audiovisual programming, and
9    unauthorized use of Sky Link TV's trademarks, has caused, and continues to cause,
10   significant harm to Sky Link TV, undermines Sky Link TV's investments in its
11   products and services, and diminishes Sky Link TV's goodwill.

12         52.    Sky Link TV brings this action as a result of actions and omissions by
13   Defendants effectuated through advertising and sales conducted over the Internet,
14   including via the websites accessible through the official iTalkBB website located
15   at https://www.italkbb.com/us/en/plan/tv/tvintro.html, via other websites, through
16   interstate commerce, through television, radio, and through interstate mail.

17         53.    Defendants' acts and omissions alleged herein were and continue to be
18   undertaken willfully, intentionally, and maliciously. As prayed for below, Sky Link
19   TV respectfully requests that the Court enter an injunction against Defendants and
20   award Sky Link TV damages, costs, and attorneys' fees as allowed by statute.

21         WHEREFORE, Sky Link TV seeks relief as set forth below.

22                        **FIRST CLAIM FOR RELIEF**

23                   **Direct Copyright Infringement in Violation of**
24              **17 U.S.C. §§ 101 *et seq.*, 501 *et seq.***
           **(Against iTalkBB, iTalkTV HK, iTalk Executive Defendants, and Remaining**
25                           **Doe Defendants)**

26         54.    Sky Link TV realleges and incorporates by reference all the preceding
27   paragraphs, as if fully set forth herein.

28

55.    Sky Link TV is the legal and/or beneficial owner of the copyrights in the Sky Link TV Registered Shows, the GZBN Registered Shows, and the GZBN Unregistered Shows (together, the "**Sky Link © Programs**").

56.    Each of the Sky Link © Programs is an original audiovisual work fixed in a tangible medium of expression, and constitutes copyrightable subject matter within the meaning of Section 102 of the Copyright Act. Each Sky Link © Program is a unique television episode, has its own copyright life, is distinct and viable separate and apart from the series it is a part of, has a separate economic value, and can be shown at different times and in different orders. Each of the Registered Shows is, therefore, a separate work for the purposes of calculating statutory damages under Section 504 of the Copyright Act.

57.    Under Section 106 of the Copyright Act, 17 U.S.C. § 106, Sky Link TV has the exclusive rights, among others, to reproduce, distribute, and publicly perform the Sky Link © Programs as well as the right to authorize others to exercise any of these rights.

58.    Under 17 U.S.C. § 602, Sky Link TV has the exclusive right to import into the United States the Sky Link © Programs.

59.    Neither Sky Link TV, GZBN, nor any other person authorized by Sky Link TV or GZBN, has granted any license, permission, or authorization to Defendants to exercise any of the rights set forth in paragraphs 57 and 58 or to authorize others to exercise such rights, respecting the Sky Link © Programs or any other works in which Sky Link TV own copyrights.

60.    Defendants, have violated Sky Link TV's exclusive rights under 17 U.S.C. §§ 106 and 602 by causing or carrying out the unauthorized:

(a)    Reproduction of the Sky Link © Programs;

(b)    Importation of the Sky Link © Programs;

(c)    Distribution of the Sky Link © Programs, including, without limitation, on iTalkBB Chinese TV accessible via the iTalkBB Set-Top Box;

-20-

(d)    Public performance of the Sky Link © Programs, including, without limitation, on iTalkBB Chinese TV accessible via the iTalkBB Set-Top Box;

61.    To the extent one or more of the Defendants claims another Defendant is responsible for the infringement alleged herein, Sky Link TV alleges such Defendant is subject to alter ego liability for the acts of infringement alleged herein. There is a unity of interest and ownership among the Defendants such that one or more of the Defendants is an alter ego of the other Defendants. One or more of the Defendants exerts domination and control over one or more of the Defendants. iTalkBB is the Exclusive Authorized Sales Agent of iTalkTV HK's IPTV services in North America, providing these services under the name iTalkBB Chinese TV. On information and belief, iTalkTV HK derives revenue, directly or indirectly, through subscription fees charged to subscribers to access iTalkBB Chinese TV, as well as through third-party advertisement revenue from iTalkBB Chinese TV. iTalkTV HK is responsible for all intellectual property rights and obligations in connection with iTalkBB Chinese TV pursuant to the Terms and Conditions of the iTalkBB Chinese TV. The iTalk Executive Defendants have a direct financial interest in the infringing activity, the right and ability to supervise the infringers, knowledge of the infringement, and have induced and/or materially contributed to the infringing activity. Observance of the corporate form would lead to an inequitable result because it would sanction the Defendant's direct infringement and other unlawful acts, and allow Defendants to avoid liability.

62.    Defendants willfully infringed Sky Link TV's copyrights.

63.    As a direct and proximate result of the infringements by Defendants, Sky Link is entitled to damages and Defendants' profits in amounts to be proven at trial for the infringement of the copyrights in the Sky Link © Programs.

64.    In the alternative, for each of the Registered Shows, at its election, Sky Link is entitled to statutory damages of up to $150,000 per Registered Show by

-21-

1  virtue of Defendants' willful infringement, for a total of at least $68,550,000, or for

2  such other amounts as may be proper under 17 U.S.C. § 504.

3      65.    Sky Link is further entitled to recover its attorneys' fees and costs

4  pursuant to 17 U.S.C. § 505.

5      66.    As a direct and proximate result of the foregoing acts and conduct, Sky

6  Link TV has sustained and will continue to sustain substantial, immediate and

7  irreparable injury, for which there is no adequate remedy at law. Unless enjoined

8  and restrained by this Court, Defendants will continue to infringe Sky Link TV's

9  rights in the Sky Link Programs. Sky Link is entitled to injunctive relief under 17

10  U.S.C. § 502.

## SECOND CLAIM FOR RELIEF

**Contributory Copyright Infringement in Violation of
17 U.S.C. §§ 101 *et seq.*, 501 *et seq.*
(Against iTalkBB, iTalkTV HK, iTalk Executive Defendants, and Remaining
Doe Defendants )**

15      67.    Sky Link TV realleges and incorporates by reference all the preceding

16  paragraphs, as if fully set forth herein.

17      68.    Sky Link TV is informed and believes and thereon alleges that

18  Defendants had knowledge of the infringing activities of members and subscribers

19  of iTalkBB Chinese TV, and induced, caused, or materially contributed to that

20  infringing conduct. Defendants are therefore contributorily liable for each such act

21  of infringement under 17 U.S.C. §§ 106, 602, and 501, including but not limited to

22  infringement of the Sky Link © Programs.

23      69.    Sky Link TV is informed and believes and thereon alleges that

24  members of iTalkBB Chinese TV, including without limitation, the Content Editing

25  Team, have infringed and continue to infringe Sky Link TV's exclusive rights in

26  and to the Sky Link © Programs by searching for, acquiring, editing, and uploading

27  infringing copies of the Sky Link © Programs to iTalkBB Chinese TV. These

28  members directly infringe Sky Link TV's exclusive rights in and to the Sky Link ©

-22-

Programs. On information and belief, Defendants intend, encourage, and induce members of iTalkBB Chinese TV to use the Sky Link © Programs in this way.

70.    Sky Link TV is informed and believes and thereon alleges that, in connection with its Internet streamed IPTV services, Defendants purposefully and intentionally induced and encouraged the infringing activities of its subscribers and members, including by engaging a Content Editing Team for the purpose of searching for, obtaining, and editing third party audiovisual programming for use as content on iTalkBB Chinese TV, and by creating and facilitating for its members the opportunity and ability to upload infringing content to iTalkBB Chinese TV.

71.    iTalkBB is distributing a device in the United States, namely the iTalkBB Set-Top Box, with the objective of promoting its use to infringe the copyrights in and to the Sky Link Programs.

72.    Both iTalkBB and iTalkTV HK have taken affirmative steps to cause, induce and materially contribute to the direct infringement of Sky Link TV's copyrights by marketing iTalkBB Chinese TV, selling iTalkBB Chinese TV subscriptions, marketing and selling the iTalkBB Set-Top Box, and providing the means and opportunity for members of iTalkBB Chinese TV to contribute infringing content to iTalkBB Chinese TV and for subscribers to engage in direct copyright infringement.

73.    Defendants are aware that they lack any rights in and to any of the Sky Link © Programs, as evidenced by Defendants' declined request for Sky Link TV's permission to exploit the Sky Link © Programs. Defendants are also aware that members of iTalkBB Chinese TV are unlawfully reproducing, distributing, and publicly performing the Sky Link © Programs by uploading them to iTalkBB Chinese TV, as evidenced by Defendants widespread advertising of the availability of the Sky Link © Programs on iTalkBB Chinese TV.

74.    To the extent one or more of the Defendants claims another Defendant is responsible for the infringement alleged herein, Sky Link TV alleges such

-23-

Defendant is subject to alter ego liability for the acts of infringement alleged herein. There is a unity of interest and ownership among the Defendants such that one or more of the Defendants is an alter ego of the other Defendants. One or more of the Defendants exerts domination and control over one or more of the Defendants. iTalkBB is the Exclusive Authorized Sales Agent of iTalkTV HK's IPTV services in North America, providing these services under the name iTalkBB Chinese TV. On information and belief, iTalkTV HK derives revenue, directly or indirectly, through subscription fees charged to subscribers to access iTalkBB Chinese TV, as well as through third-party advertisement revenue from iTalkBB Chinese TV. iTalkTV HK is responsible for all intellectual property rights and obligations in connection with iTalkBB Chinese TV pursuant to the Terms and Conditions of the iTalkBB Chinese TV. The iTalk Executive Defendants have a direct financial interest in the infringing activity, the right and ability to supervise the infringers, knowledge of the infringement, and have induced and/or materially contributed to the infringing activity. Observance of the corporate form would lead to an inequitable result because it would sanction the Defendant's contributory infringement and other unlawful acts, and allow Defendants to avoid liability.

75.    The Defendants' aforesaid acts of contributory infringement are knowing, willful, intentional, purposeful, and in disregard of Sky Link TV's exclusive rights.

76.    As a direct and proximate result of the contributory infringements by Defendants, Sky Link is entitled to damages and Defendants' profits in amounts to be proven at trial.

77.    In the alternative, for each of the 457 Registered Shows, at its election, Sky Link is entitled to statutory damages of up to $150,000 per Registered Show by virtue of Defendants' willful contributory infringement, for a total of $68,550,000, or for such other amounts as may be proper under 17 U.S.C. § 504.

78.    Sky Link is further entitled to recover its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

79.    As a direct and proximate result of the foregoing acts and conduct, Sky Link TV has sustained and will continue to sustain substantial, immediate and irreparable injury, for which there is no adequate remedy at law. Unless enjoined and restrained by this Court, Defendants will continue to infringe Sky Link TV's rights in the Sky Link © Programs. Sky Link is entitled to injunctive relief under 17 U.S.C. § 502.

## THIRD CLAIM FOR RELIEF

**Vicarious Copyright Infringement in Violation of
17 U.S.C. §§ 101 *et seq.*, 501 *et seq.***
**(Against iTalkBB, iTalkTV HK, iTalk Executive Defendants, and Remaining Doe Defendants )**

80.    Sky Link TV realleges and incorporates by reference all the preceding paragraphs, as if fully set forth herein.

81.    Sky Link TV is informed and believes and thereon alleges that Defendants had a right and ability to supervise the infringing activities of members of iTalkBB Chinese TV, including, but not limited to, the Content Editing Team; and had a direct financial interest in the infringing activity. Defendants are therefore vicariously liable for each such act of infringement under 17 U.S.C. §§ 106, 602, and 501, including infringement of the Sky Link © Programs.

82.    Sky Link TV is informed and believes and thereon alleges that members of iTalkBB Chinese TV, including without limitation, the Content Editing Team, have infringed and continue to infringe Sky Link TV's exclusive rights in and to the Sky Link © Programs by searching for, acquiring, editing, and uploading infringing copies of the Sky Link © Programs to iTalkBB Chinese TV. These members directly infringe Sky Link TV's exclusive rights in and to the Sky Link © Programs.

83.     Sky Link TV is informed and believes and thereon alleges that Defendant iTalkBB works in cooperation with iTalkTV HK to market, publicize, distribute, sell and/or otherwise exploit iTalkBB Chinese TV. To that extent, upon information and belief, iTalkBB and iTalkTV HK each retain respective rights and ability to control the infringing activity, specifically:

(a)     iTalkBB has the ability to control iTalkBB Chinese TV in the United States by suspending or terminating service to subscribers upon non-payment of fees.

(b)     According to the Terms and Conditions of iTalkBB Chinese TV, iTalkTV HK has the ability to control the content on iTalkBB Chinese TV, and therefore as the operator of iTalkBB Chinese TV, has the ability to: (i) suspend service to halt infringing activity; (ii) filter out the Sky Link Programs from the listing of programs available on iTalkBB Chinese TV; and (iii) refrain from making the Sky Link Programs available on iTalkBB Chinese TV.

(c)     Upon information and belief, iTalkTV HK and/or iTalkBB have the right and ability to supervise the activities of their members and/or members of the Content Editing Team and therefore have the ability to suspend or terminate any member for engaging in infringing activity.

84.     iTalkBB and iTalkTV HK are deriving a direct financial benefit from the infringing activities of the members of iTalkBB Chinese TV, including, but not limited to, the Content Editing Team. iTalkTV HK, through its agreement with iTalkBB, charges its subscribers a monthly or an annual subscription fee for access to iTalkBB Chinese TV, which includes the provision of an iTalkBB Set-Top Box through which iTalkBB Chinese TV may be viewed. iTalkBB and iTalkTV HK also derive third-party advertisement revenue from iTalkBB Chinese TV.

85.     Further, iTalkBB receives additional financial benefit from the infringing activities by: (i) advertising the availability of infringing content on iTalkBB Chinese TV to increase the number of subscriptions to both iTalkBB

1  Chinese TV and to iTalkBB Internet telephone service; and (ii) offering lower
2  subscription fees for its bundled iTalkBB Chinese TV and iTalkBB Internet
3  Telephone services than those available for a subscription to iTalkBB Chinese TV
4  alone, thereby increasing subscriptions to iTalkBB Internet Telephone services.

5      86.   Defendants are aware that they lack any rights in and to any the Sky
6  Link © Programs, as evidenced by Defendants' declined request for Sky Link TV's
7  permission to exploit the Sky Link Programs. Defendants are also aware that
8  members of iTalkBB Chinese TV are unlawfully reproducing, distributing, and
9  publicly performing the Sky Link Programs by editing and uploading them to
10  iTalkBB Chinese TV, as evidenced by Defendants widespread advertising of the
11  availability of the Sky Link © Programs on its iTalkBB Chinese TV.

12      87.   To the extent one or more of the Defendants claims another Defendant
13  is responsible for the infringement alleged herein, Sky Link TV alleges such
14  Defendant is subject to alter ego liability for the acts of infringement alleged herein.
15  There is a unity of interest and ownership among the Defendants such that one or
16  more of the Defendants is an alter ego of the other Defendants. One or more of the
17  Defendants exerts domination and control over one or more of the Defendants.
18  iTalkBB is the Exclusive Authorized Sales Agent of iTalkTV HK's IPTV services
19  in North America, providing these services under the name iTalkBB Chinese TV.
20  On information and belief, iTalkTV HK derives revenue, directly or indirectly,
21  through subscription fees charged to subscribers to access iTalkBB Chinese TV, as
22  well as through third-party advertisement revenue from iTalkBB Chinese TV.
23  iTalkTV HK is responsible for all intellectual property rights and obligations in
24  connection with iTalkBB Chinese TV pursuant to the Terms and Conditions of the
25  iTalkBB Chinese TV. The iTalk Executive Defendants have a direct financial
26  interest in the infringing activity, the right and ability to supervise the infringers,
27  knowledge of the infringement, and have induced and/or materially contributed to
28  the infringing activity. Observance of the corporate form would lead to an

1  inequitable result because it would sanction the Defendant's vicarious infringement

2  and other unlawful acts, and allow Defendants to avoid liability.

3      88.    The Defendants' aforesaid acts of vicarious infringement are knowing,

4  willful, intentional, purposeful, and in disregard of Sky Link TV's exclusive rights.

5      89.    As a direct and proximate result of the vicarious infringements by

6  Defendants, Sky Link is entitled to damages and Defendants' profits in amounts to

7  be proven at trial.

8      90.    In the alternative, for each of the 457 Registered Shows, at its election,

9  Sky Link is entitled to statutory damages of up to $150,000 per Registered Show by

10  virtue of Defendants' willful vicarious infringement, for a total of $68,550,000, or

11  for such other amounts as may be proper under 17 U.S.C. § 504.

12      91.    Sky Link is further entitled to recover its attorneys' fees and costs

13  pursuant to 17 U.S.C. § 505.

14      92.    As a direct and proximate result of the foregoing acts and conduct, Sky

15  Link TV has sustained and will continue to sustain substantial, immediate and

16  irreparable injury, for which there is no adequate remedy at law. Unless enjoined

17  and restrained by this Court, Defendants will continue to infringe Sky Link TV's

18  rights in the Sky Link © Programs. Sky Link is entitled to injunctive relief under 17

19  U.S.C. § 502.

20              **FOURTH CLAIM FOR RELIEF**

21      **Unauthorized Reception and Use of Communications**
        **Under the FCA, 47 U.S.C. §§ 605 *et seq.* and 553 *et seq.*)**
22      **(Against iTalkBB, iTalkTV HK, and Remaining Doe Defendants)**

23      93.    Sky Link TV realleges and incorporates by reference all the preceding

24  paragraphs, as if fully set forth herein.

25      94.    Sky Link TV is informed and believes and thereon alleges that,

26  without Sky Link TV's authorization, Defendants have received Sky Link TV's

27  transmissions and have assisted others in receiving these communications, or the

28  information contained therein, for Defendants' own benefit and commercial

-28-

advantage, and for the benefit of Defendants' subscribers, who are not authorized to receive the transmissions, in violation of the Federal Communications Act ("FCA") 47 U.S.C. § 605(a) and/or 47 U.S.C. § 553(a)(1). Sky Link TV has been unable to ascertain with certainty whether Defendants receive, intercept or otherwise acquire the Sky Link TV transmissions via satellite, cable, Internet, and/or by some other transmission, and therefore, upon information and belief, alleges violations of both §§ 605(a) and 553(a)(1). Sky Link TV will seek leave of Court to amend the Complaint to allege the exact nature of Defendants' wrongful conduct when such information has been ascertained.

95.    Sky Link TV is informed and believes and thereon alleges that, Defendants have obtained unauthorized access to receive Sky Link TV transmissions and/or have used a television, IPTV, or other such subscription for similar improper purposes. Within hours or days of Sky Link TV's television broadcasts, and without authorization, Defendants: (i) receive, intercept, or otherwise acquire the Sky Link Programs contained in Sky Link TV's transmissions; (ii) edit the Sky Link Programs to remove Sky Link TV's commercial advertisements and to insert Defendants' commercial advertisements; (iii) transmit and rebroadcast the Sky Link Programs on iTalkBB Chinese TV for the benefit of Defendants' subscribers who are not authorized to receive Sky Link TV's transmissions via this channel; (iv) collect a monthly subscription fee from Defendants' subscribers to access the Sky Link Programs on iTalkBB Chinese TV via the iTalkBB Set-Top Box; and (v) advertise the availability of Sky Link Programs on iTalkBB Chinese TV for the purpose of increasing the number of subscribers to iTalkBB Chinese TV.

96.    Sky Link TV has never authorized Defendants to receive or use the Sky Link Programs for the purpose of transmitting, distributing or rebroadcasting the Sky Link Programs to others. Thus, iTalkBB subscribers are unauthorized to receive transmissions of the Sky Link Programs via iTalkBB Chinese TV.

97.    Sky Link TV is informed and believes and thereon alleges that, Defendants have been, and continue to, violate 47 U.S.C. §§ 605(a) and/or 553(a)(1) willfully and for purposes of commercial advantage and private financial gain. Defendants had actual knowledge that they were unauthorized to receive or use Sky Link Programs for the purpose of transmitting, distributing, or rebroadcasting Sky Link Programs to others. Despite lacking any right in and to the Sky Link Programs, Defendants have received Sky Link TV's transmissions and used the Sky Link Programs contained therein for Defendants' own commercial advantage and private financial gain. Specifically: (i) Defendants obtain revenue by charging their iTalkBB Chinese TV subscribers a monthly fee to view television programming via the iTalkBB Set-Top Box, which includes access to a continuously updated selection of Sky Link Programs, including a separate channel dedicated to Sky Link TV programming; (ii) Defendants advertise the availability of Sky Link Programs on iTalkBB Chinese TV for the purpose of attracting new subscribers, thereby increasing the revenue Defendants derive from iTalkBB Chinese TV subscription fees; and (iii) Defendants receive advertising revenue in connection with the commercial advertisements that Defendants' include in their unauthorized broadcasts of Sky Link Programs.

98.    Defendants knew or should have known that their actions were unlawful and prohibited. Sky Link TV has suffered, and is continuing to suffer, injury, loss, and damages in an amount to be proven at trial. Unless restrained and enjoined by the Court, Defendants may continue to violate 47 U.S.C. §§ 605(a) and/or 553(a)(1). Based on such conduct, Sky Link TV is entitled to injunctive relief, monetary damages, and other remedies provided by Sections 605 and/or 553 of the FCA, including Defendants' profits, reasonable attorney's fees, and costs.

# FIFTH CLAIM FOR RELIEF

### Unauthorized Connection and Use of Communications
### Under Cal. Penal Code §§ 593d and 593e
### (Against iTalkBB, iTalkTV HK, and Remaining Doe Defendants)

99.    Sky Link TV realleges and incorporates by reference all the preceding paragraphs, as if fully set forth herein.

100.    Sky Link TV is informed and believes and thereon alleges that, Defendants have made and maintained an unauthorized connection, or connections, to Sky Link TV's transmissions and have received the communications, or the information contained therein, for Defendants' unauthorized use of those communications in violation of Cal. Penal Code §§ 593d(a)(1) and/or 593e(a). Sky Link TV has been unable to ascertain with certainty the source of Defendants' unauthorized connection or connections, and therefore, upon information and belief, alleges violations of Cal. Penal Code §§ 593d(a)(1) and 593e(a). Sky Link TV will seek leave of Court to amend the Complaint to allege the exact nature of Defendants' wrongful conduct when such information has been ascertained.

101.    Sky Link TV is informed and believes and thereon alleges that, Defendants' unauthorized connection, or connections, to Sky Link TV transmissions were made, and are maintained, for the unauthorized and improper purpose of obtaining the Sky Link Programs contained in the transmissions for commercial use in connection with iTalkBB Chinese TV. Specifically, within hours or days of Sky Link TV's television broadcasts, and without authorization, Defendants: (i) receive, intercept, or otherwise acquire the Sky Link Programs contained in Sky Link TV's transmissions; (ii) edit the Sky Link Programs to remove Sky Link TV's commercial advertisements and to insert Defendants' commercial advertisements; (iii) upload or otherwise contribute the Sky Link Programs obtained without authorization to the collection of programming available on iTalkBB Chinese TV; (iv) provide access to view the Sky Link Programs on iTalkBB Chinese TV to Defendants subscribers; and (iv) collect a monthly

-31-

1  subscription fee from Defendants' subscribers to access the Sky Link Programs on
2  iTalkBB Chinese TV via the iTalkBB Set-Top Box.

3     102.  Sky Link TV is informed and believes and thereon alleges that,
4  Defendants have been, and continue to, violate Cal. Penal Code §§ 593d(a)(1)
5  and/or 593e(a) knowingly and willfully, and at all relevant times hereto, Defendants
6  were aware that any interference with Sky Link TV's transmissions and subsequent
7  use of the Sky Link Programs contained therein was unlawful. Sky Link TV has
8  never authorized Defendants to make or maintain a connection to any Sky Link TV
9  broadcast or transmission for the purpose of receiving, altering, using,
10  rebroadcasting and/or distributing the Sky Link Programs to others. Further,
11  Defendants had actual knowledge that they were unauthorized to receive or use Sky
12  Link Programs for the purpose of transmitting, distributing, or rebroadcasting Sky
13  Link Programs to others because Defendants sought permission from Sky Link TV
14  to legally license Sky Link Programs and were refused any and all rights in and to
15  any Sky Link Programs.

16     103.  Sky Link TV has suffered, and is continuing to suffer, injury, loss, and
17  damages in an amount to be proven at trial. Unless restrained and enjoined by the
18  Court, Defendants may continue to violate Cal. Penal Code §§ 593d(a)(1) and/or
19  593e(a). Based on such conduct, Sky Link TV is entitled to injunctive relief,
20  monetary damages, and other remedies provided by Sections 593d and 593e of the
21  California Penal Code, including reasonable attorney's fees, and costs.

22                    **SIXTH CLAIM FOR RELIEF**

23     **Common Law Trademark Infringement, False Designation
       of Origin, and False Advertising Under the Lanham Act
24                    15 U.S.C. § 1125(a)
       (Against iTalkBB, iTalkTV HK, and Remaining Doe Defendants)**
25

26     104.  Sky Link TV realleges and incorporates by reference all the preceding
27  paragraphs, as if fully set forth herein.

28

105.  Sky Link TV owns and enjoys common law trademark rights in and to the Sky Link Marks. The Sky Link Marks are valid, protectable marks owned by Sky Link TV, the primary significance of which is that they are known by the consuming public as a source indicator for Sky Link TV's products and services.

106.  By reason of Sky Link TV's continuous use and promotion of the Sky Link Marks, consumers associate and recognize the Sky Link Marks as representing a single source or sponsor of goods, and therefore, the Sky Link Marks are protectable trademarks at common law.

107.  Sky Link TV owns and enjoys common law trademark rights in and to the Sky Link Marks. The Sky Link Marks are distinctive and nonfunctional, with the trade and consuming public and are distinctive in the minds of consumers in that the Sky Link Marks are associated with Sky Link TV.

108.  Defendants' unauthorized use of the Sky Link Marks in connection with iTalkBB Chinese TV is confusingly similar to the use of the Sky Link TV Marks by Sky Link TV for similar or the same purposes. Use of the Sky Link Marks by Sky Link TV on the one hand, and by Defendants, on the other hand, is aimed at the same class of consumer, namely television viewers seeking Chinese-language audiovisual programming, and is made through similar trade channels.

109.  The sale, advertising, distribution, and other exploitation by Defendants of the Sky Link Programs in connection with the Sky Link Marks, without Sky Link TV's permission or consent, constitutes designation and use of the Sky Link Marks that is false or misleading and is likely to cause and has caused confusion, to cause mistake, or to deceive the trade and consuming public as to the affiliation, connection, or association, or as to the origin, sponsorship, or approval of Defendants' commercial activities, all to the detriment of Sky Link TV, within the meaning of 15 U.S.C. § 1125(a).

110.  Sky Link TV is informed and believes, and thereon alleges, that Defendants knew or should have known of Sky Link TV's rights in and to the Sky

Link Marks, and that the Sky Link Marks are a source indicator of Sky Link TV's products and services. Defendants' false description, false representation, false designation of origin, false advertising, unauthorized adoption of, and continued use of the Sky Link Marks was knowing, willful, deliberate and done with the intention of trading upon the goodwill built up by Sky Link TV. Defendants' actions and omissions make this an exceptional case within the meaning of 15 U.S.C. § 1117.

111.  By reason of Defendants' actions alleged herein, Sky Link TV has suffered, and will continue to suffer, irreparable injury to its rights and suffer substantial loss of goodwill and in the value of the Sky Link Marks unless and until Defendants are enjoined from continuing their wrongful acts.

112.  By reason of Defendants' actions alleged herein, Sky Link TV has been damaged in an amount not presently ascertained, and such damage will continue and increase unless and until Defendants are enjoined from continuing their wrongful acts.

113.  As a direct and proximate result of Defendants' unauthorized adoption and continued use of the Sky Link Marks, Sky Link TV has suffered, and continues to suffer, injury, loss, and damages in an amount to be proven at trial. Based on the actions and omissions of Defendants, Sky Link TV is entitled to injunctive relief, monetary damages, and other remedies provided by Sections 1116, 1117, and 1118 of the Lanham Act.

## SEVENTH CLAIM FOR RELIEF

**Unfair Competition Under California Common Law and
California Business & Professions Code § 17200, *et seq*., and
California Business & Professions Code § 17500, *et seq*.,
(Against iTalkBB, iTalkTV HK, and Remaining Doe Defendants)**

114.  Sky Link TV realleges and incorporates by all the preceding paragraphs, as if fully set forth herein.

-34-

115.  By the conduct alleged above, Defendants have intentionally and willfully engaged in unlawful, unfair, and/or fraudulent methods of competition, and unfair or deceptive acts or practices, including advertisements of services, in violation of California common law and Cal. Bus. & Prof. Code § 17200, *et seq.* and Cal. Bus. & Prof. Code § 17500, *et seq.*

116.  Defendants publicly disseminated advertising that the Defendants knew, or in the exercise of reasonable care should have known, contained a misleading or untrue statement which falsely claimed Defendants had Sky Link TV's authorization to exploit the Sky Link Programs on iTalkBB Chinese TV.

117.  Defendants' actions are likely to cause confusion, misrepresentation, and/or to cause mistake or to deceive the public as to the affiliation, approval, sponsorship or connection between Defendants and Sky Link TV, and constitutes unfair competition at common law.

118.  Sky Link TV is informed and believes and thereon alleges that unless restrained by this Court, Defendants will continue to infringe Sky Link TV's copyrights and trademarks, and trade unfairly in connection therewith, pecuniary compensation will not afford Sky Link TV adequate relief for the damage caused by such actions.

119.  In bringing this action, Sky Link TV has enforced an important right affecting the public interest, namely, the public's right not to be deceived and misled into paying for illegally procured material. The action confers a significant pecuniary benefit on the general public by enjoining and restraining Defendants from soliciting payment from the general public under false pretenses, and a significant nonpecuniary benefit on the general public by enjoining and restraining Defendants from falsely and deceptively advertising the lawful character of their program content in violation of express legislative policy forbidding such actions as expressed in § 17500 of the California Business and Professions Code. The nature of the claims enjoined is such that their enforcement by the California Attorney

-35-

General is unlikely, particularly given their relationship to federal copyright and trademark law, and therefore the necessity and financial burden of enforcement falls upon private attorneys general such as Sky Link TV. Given the assumption by Sky Link TV of this financial burden involving an important public right, it would be unjust to require Sky Link's attorneys' fees be paid out of its recovery. Sky Link TV is therefore entitled to its attorneys' fees from Defendants under § 1021.5 of the California Code of Civil Procedure.

120.   Notwithstanding the foregoing, as the direct and proximate result of Defendants' wrongful acts, Defendants have been unjustly enriched, and Sky Link TV is entitled to restitution, in an amount according to proof at trial, which is presently believed to exceed twelve million dollars ($12,000,000.00), as well as costs, expenses, and interest thereon, preliminary and permanent injunction, and all other remedies available under California Business and Professions Code § 17200 *et seq*. and California Business and Professions Code § 17500 *et seq*.

121.   By reason of Defendants' acts, Sky Link TV has suffered, and will continue to suffer irreparable harm for which Sky Link TV has no adequate remedy at law, unless and until Defendants' conduct is enjoined.

## **PRAYER FOR RELIEF**

WHEREFORE, Sky Link TV prays for judgment against Defendants, and each of them, as follows:

1.      For a preliminary and permanent injunction restraining Defendants and Defendants' successors and assigns, parents, subsidiaries, affiliates, suppliers, officers, agents, servants, employees, and attorneys, and all those persons in active concert, participation or privity with them from infringing Sky Link TV's exclusive rights under the Copyright Act and Lanham Act by offering Sky Link © Programs on iTalkBB Chinese TV and engaging in the conduct described above, and specifically, from the following:

1       (a)    Copying, reproducing, publicly displaying, distributing,
2  importing, broadcasting, and transmitting the Sky Link Programs:

3       (b)    Otherwise infringing any of Sky Link TV's copyrights;

4       (c)    Copying, reproducing, advertising, offering for sale, distributing,
5  or using any goods or services in connection with any of the Sky Link Marks or any
6  other marks confusingly similar thereto;

7       (d)    Using in any manner any of the Sky Link Marks, any marks
8  confusingly similar thereto, or reproductions, counterfeits, copies, or colorable
9  imitations thereof in connection with any of Defendants' goods or services in such a
10 manner that is likely to create the erroneous belief that said goods or services are
11 authorized by, sponsored by, licensed by, or are in some way associated with Sky
12 Link TV;

13      (e)    Otherwise infringing the Sky Link Marks;

14      (f)    Destroying, otherwise disposing of, or altering any copies of
15 records, or other materials, products, technologies, services, devices, components,
16 documents, or electronically stored data or files that relate or pertain in any way to
17 the:

18       (i)    Copying, reproduction, public display, distribution,
19 broadcast, or transmission of the Sky Link Programs.

20       (ii)    Use of Sky Link TV's trademarks, any marks confusingly
21 similar thereto, or reproductions, counterfeits, copies, or colorable imitations
22 thereof on or in connection with the advertisement, sale or distribution of goods or
23 services; or

24       (iii)    Infringement of Sky Link TVs copyrights and trademarks;

25       (iv)    Creation and use of any Sky Link TV subscription(s) for
26 improper purposes;

27       (v)    Transmission or distribution of the Sky Link Programs
28 over the Internet and/or by other means, to persons not authorized by Sky Link TV

-37-

1  to receive or view it, including customer records

2          (g)    Creating or using Sky Link TV subscriptions for improper

3  purposes;

4          (h)    Transmitting or distributing the Sky Link Programs over the

5  Internet, or by other means, to persons not authorized by Sky Link TV to receive or

6  view Sky Link Programming;

7      2.    That the Court enter judgment in favor of Sky Link TV and against

8  Defendants, and each of them, on all counts.

9      3.    For pre- and post-judgment interest on any monetary award made part

10  of the judgment against Defendants.

11      4.    **As to each of Claim for Relief I, II, and III:**

12          (a)    As to the GZBN Unregistered Shows, that Sky Link TV be

13  awarded actual damages in an amount to be determined at trial, together with the

14  profits derived from Defendants' unauthorized use of the GZBN Unregistered

15  Shows;

16          (b)    As to the 457 Registered Shows, that Sky Link TV be awarded

17  for Defendants' violations of 17 U.S.C. § 501, at Sky Link TV's election before

18  entry of final judgment, either (i) actual damages in an amount to be determined at

19  trial, together with the profits derived from Defendants' unauthorized use of the

20  works; or (ii) statutory damages pursuant to 17 U.S.C. § 504(c)(1) in the amount of

21  up to $30,000 for each Registered Work infringed, for a total of $13,710,000, and

22  to increase that amount to $150,000 for each Registered Work infringed, for a total

23  of $68,550,000, in accordance with 17 U.S.C. § 504(c)(2);

24          (c)    For Sky Link TV's costs and attorneys' fees under 17 U.S.C.

25  § 505;

26          (d)    For impounding and disposition of infringing articles under 17

27  U.S.C. § 503.

28

1        5.    **As to Claim for Relief IV:**

2        (a)    That Sky Link TV be awarded for Defendants' violations of 47

3    U.S.C. § 605(a) and/or 47 U.S.C. § 553, at Sky Link TV's election before entry of a

4    final judgment, either: (i) actual damages in an amount to be determined at trial,

5    together with the profits derived from Defendants' unauthorized use of the

6    transmissions; or (ii) statutory damages in the amount of up to $10,000 for each

7    violation of 47 U.S.C. § 605(a), pursuant to 47 U.S.C. § 605(e)(3)(C)(i), computed

8    on the basis that each iTalkBB Set-Top Box is a separate violation, and to increase

9    that amount by $100,000 for each violation in accordance with 47 U.S.C.

10   § 605(e)(3)(C)(ii); or (iii) statutory damages in the amount of up to $10,000 for all

11   violations of 47 U.S.C. § 553(a)(1), pursuant to 47 U.S.C. § 553(c)(3)(A), and to

12   increase that amount by $50,000 in accordance with 47 U.S.C. § 553(c)(3)(B);

13       (b)    For Sky Link TV's costs, including investigative costs, and

14   attorneys' fees under 47 U.S.C. § 605(e)(3)(B)(iii) and/or 47 U.S.C. § 553(c)(2)(C).

15       6.    **As to Claim for Relief V:**

16       (a)    That Sky Link TV be awarded for Defendants' violations of Cal.

17   Penal Code §§ 593d(a)(1) and/or 593e(a), at Sky Link TV's election before entry of

18   a final judgment, either: (i) the greater of $5,000 or three times the amount of actual

19   damages plus reasonable attorneys' fees for all violations of §§ 593d(a)(1) pursuant

20   to Section 593d(f); or (ii) the value of the connection and subscription fees for the

21   period of unauthorized use for all violations of §593e(a), computed on the basis that

22   each iTalkBB Set-Top Box is a separate subscription fee, pursuant to § 593e(c);

23       (b)    For Sky Link TV's costs and attorneys' fees under Cal. Penal

24   Code § 593e(d).

25       7.    **As to Claim for Relief VI:**

26       (a)    That Sky Link TV be awarded for Defendants' willful,

27   intentional, and malicious false designations of origin, false descriptions,

28   misrepresentation of fact, and unfair competition, as set forth in 15 U.S.C.

1  § 1117(a), the profits obtained by Defendants and the damages sustained by Sky

2  Link TV by reason of Defendants' acts and omissions alleged herein;

3          (b)    That the Defendants be directed to pay Sky Link TV's

4  reasonable attorneys' fees and all costs connected with this action pursuant to 15

5  U.S.C. § 1117(a)(3);

6          (c)    That the Court issue an order upon entry of judgment in this

7  action requiring the destruction, as set forth by the Lanham Act, 15 U.S.C. § 1118

8  of: (i) any materials containing false designations of origin, false descriptions, or

9  misrepresentations of fact concerning Sky Link TV's products or services, or

10  Defendants' products or services; (ii) any materials bearing any reproduction,

11  counterfeit, copy, or colorable imitation of Sky Link TV's trademarks; and (iii) all

12  plates, molds, matrices, and other means of making the same.

13          (d)    For exemplary and punitive damages.

14      8.    **As to Claim for Relief VII:**

15          (a)    That Defendants be required to make an accounting to Sky Link

16  TV and be directed to pay over to Sky Link TV all gains, profits, and advantages

17  realized by Defendants from the advertisement and/or sale of goods and/or services

18  bearing the infringing designations, pursuant to California Business & Professions

19  Code § 17200 *et seq.*

20          (b)    For an order requiring Defendants to engage in a corrective

21  notice campaign.

22          (c)    That Defendants be required to pay for present and future

23  corrective advertising damages sustained by Sky Link TV by reason of Defendants'

24  unlawful acts herein alleged.

25          (d)    For a full and accurate accounting of all profits and other

26  benefits received by Defendants as a result of the wrongful conduct described

27  herein.

28

1          (e)    For a constructive trust on, and restitution, of all amounts

2  obtained by Defendants as a result of their misconduct, together with interest

3  thereon from the date of payment

4          (f)    The Defendants be required to account for the identity for and

5  identify all profits, transactions, offers, and promotions, of any kind, involving

6  products that infringe Sky Link TV's copyrights and/or trademarks.

7          (g)    That Defendants, within thirty days after service of judgment

8  with notice of entry thereof upon it, be required to file with the Court and serve

9  upon Sky Link TV's attorneys a written report under oath setting forth in detail the

10  manner in which Defendants have complied with paragraphs 1,4(d), 7(c), and 8 of

11  the Prayer For Relief.

12          (h)    Attorneys' fees pursuant to California Code of Civil Procedure

13  § 1021.5.

14      9.    For compensatory damages and profits as provided by law.

15      10.    For Sky Link TV's attorneys' fees and all costs incurred in this matter.

16      11.    For such other and further relief as the Court may deem just and proper.

17  Dated: May 2, 2017              DONAHUE FITZGERALD LLP

18

19                           By: /s/ Andrew S. MacKay

20                             Andrew S. MacKay
                           Attorneys for Plaintiff GUANGZHOU

21                             MEDIA AMERICAN CO. LTD.

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2          Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Sky Link TV

3    demands a trial by jury of this action.

4    Dated: May 2, 2017                    DONAHUE FITZGERALD LLP

5

6                                   By: /s/ Andrew S. MacKay

7                                        Andrew S. MacKay
                                         Attorneys for Plaintiff GUANGZHOU
8                                        MEDIA AMERICAN CO. LTD.

9    #751678.11

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# EXHIBIT A

| | Title of Registered Episode | Date of Submission to the United States Copyright Office |
|---|---|---|
| 1 | News Eyes 20160903 | 12/2/2016 |
| 2 | News Eyes 20160904 | 12/2/2016 |
| 3 | News Eyes 20160905 | 12/2/2016 |
| 4 | News Eyes 20160906 | 12/5/2016 |
| 5 | News Eyes 20160907 | 12/5/2016 |
| 6 | News Eyes 20160908 | 12/5/2016 |
| 7 | News Eyes 20160909 | 12/5/2016 |
| 8 | News Eyes 20160910 | 12/5/2016 |
| 9 | News Eyes 20160911 | 12/5/2016 |
| 10 | News Eyes 20160912 | 12/6/2016 |
| 11 | News Eyes 20160913 | 12/8/2016 |
| 12 | News Eyes 20160914 | 12/8/2016 |
| 13 | News Eyes 20160915 | 12/8/2016 |
| 14 | News Eyes 20160916 | 12/15/2016 |
| 15 | News Eyes 20160917 | 12/15/2016 |
| 16 | News Eyes 20160918 | 12/15/2016 |
| 17 | News Eyes 20160919 | 12/15/2016 |
| 18 | News Eyes 20160920 | 12/16/2016 |
| 19 | News Eyes 20160921 | 12/16/2016 |
| 20 | News Eyes 20160922 | 12/16/2016 |
| 21 | News Eyes 20160923 | 12/16/2016 |
| 22 | News Eyes 20160924 | 12/16/2016 |
| 23 | News Eyes 20160925 | 12/16/2016 |
| 24 | News Eyes 20160926 | 12/16/2016 |
| 25 | News Eyes 20160927 | 12/16/2016 |
| 26 | News Eyes 20160928 | 12/16/2016 |
| 27 | News Eyes 20160929 | 12/16/2016 |
| 28 | News Eyes 20160930 | 12/16/2016 |
| 29 | News Eyes 20161001 | 12/20/2016 |
| 30 | News Eyes 20161002 | 12/20/2016 |
| 31 | News Eyes 20161003 | 12/20/2016 |
| 32 | News Eyes 20161004 | 12/20/2016 |
| 33 | News Eyes 20161005 | 12/20/2016 |
| 34 | News Eyes 20161006 | 12/20/2016 |
| 35 | News Eyes 20161008 | 12/20/2016 |
| 36 | News Eyes 20161009 | 12/20/2016 |
| 37 | News Eyes 20161010 | 12/20/2016 |
| 38 | News Eyes 20161011 | 12/20/2016 |
| 39 | News Eyes 20161012 | 12/20/2016 |

# EXHIBIT A

| 40 | News Eyes 20161013 | 12/20/2016 |
|----|--------------------|------------|
| 41 | News Eyes 20161014 | 12/20/2016 |
| 42 | News Eyes 20161015 | 12/20/2016 |
| 43 | News Eyes 20161016 | 12/20/2016 |
| 44 | News Eyes 20161017 | 12/20/2016 |
| 45 | News Eyes 20161018 | 12/20/2016 |
| 46 | News Eyes 20161019 | 12/20/2016 |
| 47 | News Eyes 20161020 | 12/20/2016 |
| 48 | News Eyes 20161021 | 12/20/2016 |
| 49 | News Eyes 20161022 | 12/20/2016 |
| 50 | News Eyes 20161023 | 12/20/2016 |
| 51 | News Eyes 20161024 | 12/20/2016 |
| 52 | News Eyes 20161025 | 12/20/2016 |
| 53 | News Eyes 20161026 | 12/20/2016 |
| 54 | News Eyes 20161027 | 12/20/2016 |
| 55 | News Eyes 20161028 | 12/20/2016 |
| 56 | News Eyes 20161029 | 12/20/2016 |
| 57 | News Eyes 20161030 | 12/20/2016 |
| 58 | News Eyes 20161031 | 12/20/2016 |
| 59 | News Eyes 20161101 | 12/22/2016 |
| 60 | News Eyes 20161102 | 12/22/2016 |
| 61 | News Eyes 20161103 | 12/22/2016 |
| 62 | News Eyes 20161104 | 12/22/2016 |
| 63 | News Eyes 20161105 | 12/22/2016 |
| 64 | News Eyes 20161106 | 12/22/2016 |
| 65 | News Eyes 20161109 | 12/22/2016 |
| 66 | News Eyes 20161110 | 12/22/2016 |
| 67 | News Eyes 20161111 | 12/22/2016 |
| 68 | News Eyes 20161112 | 12/22/2016 |
| 69 | News Eyes 20161113 | 12/22/2016 |
| 70 | News Eyes 20161116 | 12/22/2016 |
| 71 | News Eyes 20161117 | 12/22/2016 |
| 72 | News Eyes 20161118 | 12/22/2016 |
| 73 | News Eyes 20161119 | 12/22/2016 |
| 74 | News Eyes 20161120 | 12/22/2016 |
| 75 | News Eyes 20161121 | 12/22/2016 |
| 76 | News Eyes 20161122 | 12/22/2016 |
| 77 | News Eyes 20161123 | 12/22/2016 |
| 78 | News Eyes 20161124 | 12/22/2016 |
| 79 | News Eyes 20161125 | 12/22/2016 |
| 80 | News Eyes 20161126 | 12/22/2016 |

# EXHIBIT A

| | | |
|---|---|---|
| 81 | News Eyes 20161127 | 12/22/2016 |
| 82 | News Eyes 20161128 | 12/22/2016 |
| 83 | News Eyes 20161129 | 12/22/2016 |
| 84 | News Eyes 20161130 | 12/22/2016 |
| 85 | News Eyes 20161201 | 1/11/2017 |
| 86 | News Eyes 20161202 | 1/11/2017 |
| 87 | News Eyes 20161203 | 1/11/2017 |
| 88 | News Eyes 20161204 | 1/11/2017 |
| 89 | News Eyes 20161205 | 1/11/2017 |
| 90 | News Eyes 20161206 | 1/11/2017 |
| 91 | News Eyes 20161207 | 1/11/2017 |
| 92 | News Eyes 20161208 | 1/11/2017 |
| 93 | News Eyes 20161209 | 1/11/2017 |
| 94 | News Eyes 20161210 | 1/11/2017 |
| 95 | News Eyes 20161211 | 1/11/2017 |
| 96 | News Eyes 20161212 | 1/11/2017 |
| 97 | News Eyes 20161213 | 1/11/2017 |
| 98 | News Eyes 20161214 | 1/11/2017 |
| 99 | News Eyes 20161215 | 1/11/2017 |
| 100 | News Eyes 20161216 | 1/11/2017 |
| 101 | News Eyes 20121217 | 1/11/2017 |
| 102 | News Eyes 20161218 | 1/11/2017 |
| 103 | News Eyes 20161219 | 1/11/2017 |
| 104 | News Eyes 20161220 | 1/11/2017 |
| 105 | News Eyes 20161221 | 1/11/2017 |
| 106 | News Eyes 20161222 | 1/11/2017 |
| 107 | News Eyes 20161223 | 1/11/2017 |
| 108 | News Eyes 20161224 | 1/11/2017 |
| 109 | News Eyes 20161225 | 1/11/2017 |
| 110 | News Eyes 20161226 | 1/11/2017 |
| 111 | News Eyes 20161227 | 1/11/2017 |
| 112 | News Eyes 20161228 | 1/11/2017 |
| 113 | News Eyes 20161229 | 1/11/2017 |
| 114 | News Eyes 20161230 | 1/11/2017 |
| 115 | News Eyes 20161231 | 1/11/2017 |
| 116 | News Eyes 20170101 | 2/9/2017 |
| 117 | News Eyes 20170102 | 2/9/2017 |
| 118 | News Eyes 20170103 | 2/9/2017 |
| 119 | News Eyes 20170104 | 2/9/2017 |
| 120 | News Eyes 20170105 | 2/9/2017 |
| 121 | News Eyes 20170106 | 2/9/2017 |

# EXHIBIT A

| 122 | News Eyes 20170107 | 2/10/2017 |
|---|---|---|
| 123 | News Eyes 20170108 | 2/10/2017 |
| 124 | News Eyes 20170109 | 2/10/2017 |
| 125 | News Eyes 20170110 | 2/10/2017 |
| 126 | News Eyes 20170111 | 2/10/2017 |
| 127 | News Eyes 20170112 | 2/10/2017 |
| 128 | News Eyes 20170113 | 2/10/2017 |
| 129 | News Eyes 20170114 | 2/10/2017 |
| 130 | News Eyes 20170115 | 2/10/2017 |
| 131 | News Eyes 20170116 | 2/10/2017 |
| 132 | News Eyes 20170117 | 2/10/2017 |
| 133 | News Eyes 20170118 | 2/10/2017 |
| 134 | News Eyes 20170119 | 2/10/2017 |
| 135 | News Eyes 20170120 | 2/10/2017 |
| 136 | News Eyes 20170121 | 2/10/2017 |
| 137 | News Eyes 20170122 | 2/10/2017 |
| 138 | News Eyes 20170123 | 2/10/2017 |
| 139 | News Eyes 20170124 | 2/10/2017 |
| 140 | News Eyes 20170125 | 2/10/2017 |
| 141 | News Eyes 20170126 | 2/10/2017 |
| 142 | News Eyes 20170127 | 2/10/2017 |
| 143 | News Eyes 20170128 | 2/10/2017 |
| 144 | News Eyes 20170129 | 2/10/2017 |
| 145 | News Eyes 20170130 | 2/10/2017 |
| 146 | News Eyes 20170131 | 2/10/2017 |
| 147 | News Today 20160903 | 12/2/2016 |
| 148 | News Today 20160904 | 12/2/2016 |
| 149 | News Today 20160905 | 12/2/2016 |
| 150 | News Today 20160906 | 12/5/2016 |
| 151 | News Today 20160907 | 12/5/2016 |
| 152 | News Today 20160908 | 12/6/2016 |
| 153 | News Today 20160909 | 12/6/2016 |
| 154 | News Today 20160910 | 12/6/2016 |
| 155 | News Today 20160911 | 12/6/2016 |
| 156 | News Today 20160912 | 12/6/2016 |
| 157 | News Today 20160913 | 12/8/2016 |
| 158 | News Today 20160914 | 12/8/2016 |
| 159 | News Today 20160915 | 12/8/2016 |
| 160 | News Today 20160916 | 12/15/2016 |
| 161 | News Today 20160917 | 12/15/2016 |
| 162 | News Today 20160918 | 12/15/2016 |

# EXHIBIT A

| | | |
|---|---|---|
| 163 | News Today 20160919 | 12/15/2016 |
| 164 | News Today 20160920 | 12/16/2016 |
| 165 | News Today 20160921 | 12/16/2016 |
| 166 | News Today 20160922 | 12/16/2016 |
| 167 | News Today 20160923 | 12/16/2016 |
| 168 | News Today 20160924 | 12/16/2016 |
| 169 | News Today 20160925 | 12/16/2016 |
| 170 | News Today 20160926 | 12/16/2016 |
| 171 | News Today 20160927 | 12/16/2016 |
| 172 | News Today 20160928 | 12/16/2016 |
| 173 | News Today 20160929 | 12/16/2016 |
| 174 | News Today 20160930 | 12/16/2016 |
| 175 | News Today 20161001 | 12/19/2016 |
| 176 | News Today 20161002 | 12/19/2016 |
| 177 | News Today 20161003 | 12/19/2016 |
| 178 | News Today 20161004 | 12/19/2016 |
| 179 | News Today 20161005 | 12/19/2016 |
| 180 | News Today 20161006 | 12/19/2016 |
| 181 | News Today 20161007 | 12/19/2016 |
| 182 | News Today 20161008 | 12/19/2016 |
| 183 | News Today 20161009 | 12/19/2016 |
| 184 | News Today 20161010 | 12/19/2016 |
| 185 | News Today 20161011 | 12/19/2016 |
| 186 | News Today 20161012 | 12/19/2016 |
| 187 | News Today 220161013 | 12/19/2016 |
| 188 | News Today 20161014 | 12/19/2016 |
| 189 | News Today 20161015 | 12/19/2016 |
| 190 | News Today 20161016 | 12/20/2016 |
| 191 | News Today 20161017 | 12/20/2016 |
| 192 | News Today 20161018 | 12/20/2016 |
| 193 | News Today 20161019 | 12/20/2016 |
| 194 | News Today 20161020 | 12/20/2016 |
| 195 | News Today 20161021 | 12/20/2016 |
| 196 | News Today 20161022 | 12/20/2016 |
| 197 | News Today 20161023 | 12/20/2016 |
| 198 | News Today 20161024 | 12/20/2016 |
| 199 | News Today 20161025 | 12/20/2016 |
| 200 | News Today 20161026 | 12/20/2016 |
| 201 | News Today 20161027 | 12/20/2016 |
| 202 | News Today 20161028 | 12/20/2016 |
| 203 | News Today 20161029 | 12/20/2016 |

# EXHIBIT A

| | | |
|---|---|---|
| 204 | News Today 20161030 | 12/20/2016 |
| 205 | News Today 20161031 | 12/20/2016 |
| 206 | News Today 20161101 | 12/21/2016 |
| 207 | News Today 20161102 | 12/21/2016 |
| 208 | News Today 20161103 | 12/21/2016 |
| 209 | News Today 20161104 | 12/21/2016 |
| 210 | News Today 20161105 | 12/21/2016 |
| 211 | News Today 20161106 | 12/21/2016 |
| 212 | News Today 20161109 | 12/21/2016 |
| 213 | News Today 20161110 | 12/21/2016 |
| 214 | News Today 20161111 | 12/21/2016 |
| 215 | News Today 20161112 | 12/21/2016 |
| 216 | News Today 20161113 | 12/21/2016 |
| 217 | News Today 20161114 | 12/21/2016 |
| 218 | News Today 20161115 | 12/21/2016 |
| 219 | News Today 20161116 | 12/21/2016 |
| 220 | News Today 20161117 | 12/21/2016 |
| 221 | News Today 20161118 | 12/21/2016 |
| 222 | News Today 20161119 | 12/21/2016 |
| 223 | News Today 20161120 | 12/21/2016 |
| 224 | News Today 20161121 | 12/21/2016 |
| 225 | News Today 20161122 | 12/21/2016 |
| 226 | News Today 20161123 | 12/21/2016 |
| 227 | News Today 20161124 | 12/21/2016 |
| 228 | News Today 20161125 | 12/21/2016 |
| 229 | News Today 20161126 | 12/21/2016 |
| 230 | News Today 20161127 | 12/21/2016 |
| 231 | News Today 20161128 | 12/21/2016 |
| 232 | News Today 20161129 | 12/21/2016 |
| 233 | News Today 20161130 | 12/21/2016 |
| 234 | News Today 20161201 | 1/10/2017 |
| 235 | News Today 20161202 | 1/10/2017 |
| 236 | News Today 20161203 | 1/10/2017 |
| 237 | News Today 20161204 | 1/10/2017 |
| 238 | News Today 20161205 | 1/10/2017 |
| 239 | News Today 20161206 | 1/10/2017 |
| 240 | News Today 20161207 | 1/10/2017 |
| 241 | News Today 20161208 | 1/10/2017 |
| 242 | News Today 20161209 | 1/10/2017 |
| 243 | News Today 20161210 | 1/10/2017 |
| 244 | News Today 20161211 | 1/10/2017 |

# EXHIBIT A

| | | |
|---|---|---|
| 245 | News Today 20161212 | 1/10/2017 |
| 246 | News Today 20161213 | 1/10/2017 |
| 247 | News Today 20161214 | 1/10/2017 |
| 248 | News Today 20161215 | 1/10/2017 |
| 249 | News Today 20161216 | 1/10/2017 |
| 250 | News Today 20161217 | 1/10/2017 |
| 251 | News Today 20161218 | 1/10/2017 |
| 252 | News Today 20161219 | 1/10/2017 |
| 253 | News Today 20161220 | 1/10/2017 |
| 254 | News Today 20161221 | 1/10/2017 |
| 255 | News Today 20161222 | 1/10/2017 |
| 256 | News Today 20161223 | 1/10/2017 |
| 257 | News Today 20161224 | 1/10/2017 |
| 258 | News Today 20161225 | 1/10/2017 |
| 259 | News Today 20161226 | 1/10/2017 |
| 260 | News Today 20161227 | 1/10/2017 |
| 261 | News Today 20161228 | 1/10/2017 |
| 262 | News Today 20161229 | 1/10/2017 |
| 263 | News Today 20161230 | 1/10/2017 |
| 264 | News Today 20170101 | 2/13/2017 |
| 265 | News Today 20170102 | 2/13/2017 |
| 266 | News Today 20170104 | 2/13/2017 |
| 267 | News Today 20170105 | 2/13/2017 |
| 268 | News Today 20170106 | 2/13/2017 |
| 269 | News Today 20170107 | 2/13/2017 |
| 270 | News Today 20170108 | 2/13/2017 |
| 271 | News Today 20170109 | 2/13/2017 |
| 272 | News Today 20170110 | 2/13/2017 |
| 273 | News Today 20170111 | 2/13/2017 |
| 274 | News Today 20170112 | 2/13/2017 |
| 275 | News Today 20170113 | 2/13/2017 |
| 276 | News Today 20170114 | 2/13/2017 |
| 277 | News Today 20170115 | 2/13/2017 |
| 278 | News Today 20170116 | 2/13/2017 |
| 279 | News Today 20170117 | 2/13/2017 |
| 280 | News Today 20170118 | 2/13/2017 |
| 281 | News Today 20170119 | 2/13/2017 |
| 282 | News Today 20170120 | 2/13/2017 |
| 283 | News Today 20170121 | 2/13/2017 |
| 284 | News Today 20170122 | 2/13/2017 |
| 285 | News Today 20170123 | 2/13/2017 |

# EXHIBIT A

| 286 | News Today 20170124 | 2/13/2017 |
|-----|----------------------|-----------|
| 287 | News Today 20170125 | 2/13/2017 |
| 288 | News Today 20170126 | 2/13/2017 |
| 289 | News Today 20170127 | 2/13/2017 |
| 290 | News Today 20170128 | 2/13/2017 |
| 291 | Nightly Entertainment 20160903 | 12/2/2016 |
| 292 | Nightly Entertainment 20160904 | 12/2/2016 |
| 293 | Nightly Entertainment 20160905 | 12/2/2016 |
| 294 | Nightly Entertainment 20160906 | 12/5/2016 |
| 295 | Nightly Entertainment 20160907 | 12/5/2016 |
| 296 | Nightly Entertainment 20160908 | 12/6/2016 |
| 297 | Nightly Entertainment 20160909 | 12/6/2016 |
| 298 | Nightly Entertainment 20160910 | 12/6/2016 |
| 299 | Nightly Entertainment 20160911 | 12/6/2016 |
| 300 | Nightly Entertainment 20160912 | 12/6/2016 |
| 301 | Nightly Entertainment 20160913 | 12/8/2016 |
| 302 | Nightly Entertainment 20160914 | 12/8/2016 |
| 303 | Nightly Entertainment 20160915 | 12/8/2016 |
| 304 | Nightly Entertainment 20160916 | 12/15/2016 |
| 305 | Nightly Entertainment 20160917 | 12/15/2016 |
| 306 | Nightly Entertainment 20160918 | 12/15/2016 |
| 307 | Nightly Entertainment 20160919 | 12/15/2016 |
| 308 | Nightly Entertainment 20160920 | 12/15/2016 |
| 309 | Nightly Entertainment 20160921 | 12/15/2016 |
| 310 | Nightly Entertainment 20160922 | 12/16/2016 |
| 311 | Nightly Entertainment 20160923 | 12/16/2016 |
| 312 | Nightly Entertainment 20160924 | 12/16/2016 |
| 313 | Nightly Entertainment 20160925 | 12/16/2016 |
| 314 | Nightly Entertainment 20160926 | 12/16/2016 |
| 315 | Nightly Entertainment 20160927 | 12/16/2016 |
| 316 | Nightly Entertainment 20160928 | 12/16/2016 |
| 317 | Nightly Entertainment 20160929 | 12/16/2016 |
| 318 | Nightly Entertainment 20160930 | 12/16/2016 |
| 319 | Nightly Entertainment 20161001 | 12/16/2016 |
| 320 | Nightly Entertainment 20161002 | 12/16/2016 |
| 321 | Nightly Entertainment 20161003 | 12/16/2016 |
| 322 | Nightly Entertainment 20161004 | 12/16/2016 |
| 323 | Nightly Entertainment 20161005 | 12/16/2016 |
| 324 | Nightly Entertainment 20161006 | 12/16/2016 |
| 325 | Nightly Entertainment 20161007 | 12/16/2016 |
| 326 | Nightly Entertainment 20161008 | 12/16/2016 |

# EXHIBIT A

| 327 | Nightly Entertainment 20161009 | 12/16/2016 |
|---|---|---|
| 328 | Nightly Entertainment 20161010 | 12/16/2016 |
| 329 | Nightly Entertainment 20161011 | 12/16/2016 |
| 330 | Nightly Entertainment 20161012 | 12/16/2016 |
| 331 | Nightly Entertainment 20161013 | 12/16/2016 |
| 332 | Nightly Entertainment 20161014 | 12/16/2016 |
| 333 | Nightly Entertainment 20161015 | 12/16/2016 |
| 334 | Nightly Entertainment 20161016 | 12/19/2016 |
| 335 | Nightly Entertainment 20161017 | 12/19/2016 |
| 336 | Nightly Entertainment 20161018 | 12/19/2016 |
| 337 | Nightly Entertainment 20161019 | 12/19/2016 |
| 338 | Nightly Entertainment 20161020 | 12/19/2016 |
| 339 | Nightly Entertainment 20161021 | 12/19/2016 |
| 340 | Nightly Entertainment 20161022 | 12/19/2016 |
| 341 | Nightly Entertainment 20161023 | 12/19/2016 |
| 342 | Nightly Entertainment 20161024 | 12/19/2016 |
| 343 | Nightly Entertainment 20161025 | 12/19/2016 |
| 344 | Nightly Entertainment 20161026 | 12/19/2016 |
| 345 | Nightly Entertainment 20161027 | 12/19/2016 |
| 346 | Nightly Entertainment 20161028 | 12/19/2016 |
| 347 | Nightly Entertainment 20161029 | 1/13/2017 |
| 348 | Nightly Entertainment 20161030 | 12/19/2016 |
| 349 | Nightly Entertainment 20161031 | 12/19/2016 |
| 350 | Nightly Entertainment 20161101 | 12/22/2016 |
| 351 | Nightly Entertainment 20161102 | 12/22/2016 |
| 352 | Nightly Entertainment 20161103 | 12/22/2016 |
| 353 | Nightly Entertainment 20161104 | 12/22/2016 |
| 354 | Nightly Entertainment 20161105 | 12/22/2016 |
| 355 | Nightly Entertainment 20161106 | 12/22/2016 |
| 356 | Nightly Entertainment 20161107 | 1/13/2017 |
| 357 | Nightly Entertainment 20161108 | 1/13/2017 |
| 358 | Nightly Entertainment 20161109 | 12/22/2016 |
| 359 | Nightly Entertainment 20161110 | 12/22/2016 |
| 360 | Nightly Entertainment 20161111 | 12/22/2016 |
| 361 | Nightly Entertainment 20161112 | 12/22/2016 |
| 362 | Nightly Entertainment 20161113 | 12/22/2016 |
| 363 | Nightly Entertainment 20161114 | 1/13/2017 |
| 364 | Nightly Entertainment 20161115 | 1/13/2017 |
| 365 | Nightly Entertainment 20161116 | 12/22/2016 |
| 366 | Nightly Entertainment 20161117 | 12/22/2016 |
| 367 | Nightly Entertainment 20161118 | 12/22/2016 |

# EXHIBIT A

| 368 | Nightly Entertainment 20161119 | 12/22/2016 |
|-----|-------------------------------|------------|
| 369 | Nightly Entertainment 20161120 | 12/22/2016 |
| 370 | Nightly Entertainment 20161121 | 12/22/2016 |
| 371 | Nightly Entertainment 20161122 | 12/22/2016 |
| 372 | Nightly Entertainment 20161123 | 12/22/2016 |
| 373 | Nightly Entertainment 20161124 | 12/22/2016 |
| 374 | Nightly Entertainment 20161125 | 12/22/2016 |
| 375 | Nightly Entertainment 20161126 | 12/22/2016 |
| 376 | Nightly Entertainment 20161127 | 12/22/2016 |
| 377 | Nightly Entertainment 20161128 | 12/22/2016 |
| 378 | Nightly Entertainment 20161129 | 12/22/2016 |
| 379 | Nightly Entertainment 20161130 | 12/22/2016 |
| 380 | Nightly Entertainment 20161201 | 1/12/2017 |
| 381 | Nightly Entertainment 20161202 | 1/12/2017 |
| 382 | Nightly Entertainment 20161203 | 1/12/2017 |
| 383 | Nightly Entertainment 20161204 | 1/12/2017 |
| 384 | Nightly Entertainment 20161205 | 1/12/2017 |
| 385 | Nightly Entertainment 20161206 | 1/12/2017 |
| 386 | Nightly Entertainment 20161207 | 1/12/2017 |
| 387 | Nightly Entertainment 20161208 | 1/12/2017 |
| 388 | Nightly Entertainment 20161209 | 1/12/2017 |
| 389 | Nightly Entertainment 20161210 | 1/12/2017 |
| 390 | Nightly Entertainment 20161211 | 1/12/2017 |
| 391 | Nightly Entertainment 20161212 | 1/12/2017 |
| 392 | Nightly Entertainment 20161213 | 1/12/2017 |
| 393 | Nightly Entertainment 20161214 | 1/12/2017 |
| 394 | Nightly Entertainment 20161215 | 1/12/2017 |
| 395 | Nightly Entertainment 20161216 | 1/12/2017 |
| 396 | Nightly Entertainment 20161217 | 1/12/2017 |
| 397 | Nightly Entertainment 20161218 | 1/12/2017 |
| 398 | Nightly Entertainment 20161219 | 1/12/2017 |
| 399 | Nightly Entertainment 20161220 | 1/12/2017 |
| 400 | Nightly Entertainment 20161221 | 1/12/2017 |
| 401 | Nightly Entertainment 20161222 | 1/12/2017 |
| 402 | Nightly Entertainment 20161223 | 1/12/2017 |
| 403 | Nightly Entertainment 20161224 | 1/12/2017 |
| 404 | Nightly Entertainment 20161225 | 1/12/2017 |
| 405 | Nightly Entertainment 20161226 | 1/12/2017 |
| 406 | Nightly Entertainment 20161227 | 1/12/2017 |
| 407 | Nightly Entertainment 20161228 | 1/12/2017 |
| 408 | Nightly Entertainment 20161229 | 1/12/2017 |

# EXHIBIT A

| | | |
|---|---|---|
| 409 | Nightly Entertainment 20161230 | 1/12/2017 |
| 410 | Nightly Entertainment 20170101 | 2/13/2017 |
| 411 | Nightly Entertainment 20170102 | 2/13/2017 |
| 412 | Nightly Entertainment 20170103 | 2/13/2017 |
| 413 | Nightly Entertainment 20170104 | 2/13/2017 |
| 414 | Nightly Entertainment 20170105 | 2/13/2017 |
| 415 | Nightly Entertainment 20170106 | 2/13/2017 |
| 416 | Nightly Entertainment 20170108 | 2/13/2017 |
| 417 | Nightly Entertainment 20170109 | 2/13/2017 |
| 418 | Nightly Entertainment 20170110 | 2/13/2017 |
| 419 | Nightly Entertainment 20170111 | 2/13/2017 |
| 420 | Nightly Entertainment 20170112 | 2/13/2017 |
| 421 | Nightly Entertainment 20170113 | 2/13/2017 |
| 422 | Nightly Entertainment 20170114 | 2/13/2017 |
| 423 | Nightly Entertainment 20170115 | 2/13/2017 |
| 424 | Nightly Entertainment 20170116 | 2/13/2017 |
| 425 | Nightly Entertainment 20170117 | 2/13/2017 |
| 426 | Nightly Entertainment 20170118 | 2/13/2017 |
| 427 | Nightly Entertainment 20170119 | 2/13/2017 |
| 428 | Nightly Entertainment 20170120 | 2/13/2017 |
| 429 | Nightly Entertainment 20170121 | 2/13/2017 |
| 430 | Nightly Entertainment 20170122 | 2/13/2017 |
| 431 | Nightly Entertainment 20170123 | 2/13/2017 |
| 432 | Nightly Entertainment 20170124 | 2/13/2017 |
| 433 | Nightly Entertainment 20170125 | 2/13/2017 |
| 434 | Nightly Entertainment 20170126 | 2/13/2017 |
| 435 | Nightly Entertainment 20170127 | 2/14/2017 |
| 436 | Nightly Entertainment 20170128 | 2/13/2017 |
| 437 | Nightly Entertainment 20170129 | 2/13/2017 |
| 438 | Nightly Entertainment 20170130 | 2/13/2017 |
| 439 | Nightly Entertainment 20170131 | 2/13/2017 |
| 440 | Auto Journal 20161217 | 1/13/2017 |
| 441 | Auto Journal 20161218 | 1/13/2017 |
| 442 | Chit Chat Skylink 20170311 | 3/15/2017 |
| 443 | Chit Chat Skylink 20170318 | 3/21/2017 |
| 444 | Chit Chat Skylink 20170325 | 3/31/2017 |
| 445 | In Search of the Truth 20161217 | 2/14/2017 |
| 446 | In Search of the Truth 20161218 | 2/14/2017 |
| 447 | In Search of the Truth 20170204 | 2/15/2017 |
| 448 | In Search of the Truth 20170205 | 2/15/2017 |
| 449 | In Search of the Truth 20170206 | 2/15/2017 |

# EXHIBIT A

| | | |
|---|---|---|
| 450 | LA Voice 20170205 | 2/14/2017 |
| 451 | Sky Talk 20161217 | 2/14/2017 |
| 452 | Sky Talk 20170204 | 2/14/2017 |
| 453 | Sky Talk 20170311 | 3/15/2017 |
| 454 | Sky Talk 20170318 | 3/21/2017 |
| 455 | Sports News 20170204 | 2/22/2017 |
| 456 | Sports News 20170205 | 2/22/2017 |
| 457 | Sports News 20170206 | 2/22/2017 |