UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUANGZHOU MEDIA AMERICAN CO. LTD., a California corporation, d/b/a SKY LINK TV USA,<br><br>Plaintiff,<br><br>vs.<br><br>ITALK GLOBAL COMMUNICATIONS, INC., a Texas corporation d/b/a ITALKBB; ITALKTV HONG KONG LIMITED, a Hong Kong corporation; TIGERTECH MEDIA INC., a California corporation,<br><br>Defendants. | CASE NO. CV 17-3323-JFW(Ex)<br><br>*Assigned to Hon. John F. Walter*<br>*Magistrate Judge: Charles F. Eick*<br><br>[~~PROPOSED~~] **ORDER ON STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL**<br><br>**[DISCOVERY MATTER]**<br><br>Pre-Trial Conference: May 4, 2018<br>Trial Date: May 22, 2018 |

1  ITALK GLOBAL
2  COMMUNICATIONS, INC., a Texas corporation d/b/a ITALKBB,
3       Defendant/Third-Party Plaintiff,
4
5       vs.
6  TIGERTECH MEDIA, INC., a California corporation,
7       Third-Party Defendant.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

On December 6, 2016, the Parties filed with the Court a Stipulated Protective Order ("Stipulation"). After reviewing the Stipulation, the Court finds that there is good cause to approve it. The terms of the Stipulation are incorporated by reference herein, and constitute the Protective Order of this Court.

**IT IS SO ORDERED.**

Dated: 12/6/17

HON. CHARLES F. EICK
United States Magistrate Judge