JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.  **CV 17-3323-JFW(Ex)**                                      Date: April 9, 2018

Title:  Guangzhou Media American Co., Ltd. -v- iTalk Global Communications, Inc., et al.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly                                          None Present
  Courtroom Deputy                                        Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                         None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

  In the Notice of Settlement filed on April 6, 2018, Dkt. No. 74, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before May 4, 2018. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until May 4, 2018. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

  IT IS SO ORDERED.